Brian Palmer, #023394
**FIDELITY NATIONAL LAW GROUP**
2355 East Camelback Road, Suite 900
Phoenix, Arizona  85016
Telephone: 602.889.8150
Facsimile: 602.889.8155
brian.palmer2@fnf.com
*Attorneys for Fidelity National Title Agency, Inc.*

## UNITED STATES DISTRIC COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| M & I Marshall & Ilsley Bank,<br><br>             Plaintiff,<br><br>     vs.<br><br>Fidelity National Title Agency, Inc.; and DOES 1-50,<br><br>             Defendant. | No. 4:10-cv-00567-FRZ<br><br>**FIDELITY NATIONAL TITLE AGENCY, INC.'S ANSWER TO COMPLAINT FOR BREACH OF CONTRACT** |

Defendant, Fidelity National Title Agency, Inc., responds to the allegations in the Complaint, as follows:

**PARTIES, JURISDICTION AND VENUE**

1.   Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 1 of the Complaint, and therefore denies the same.

2.   Admit.

3.   Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 3 of the Complaint, and therefore denies the same.

\ \ \

\ \ \

## FACTS APPLYING TO ALL CAUSES OF ACTION

4. With regard to references to the promissory note ("Note"), this document speaks for itself, and Defendant denies any allegations inconsistent with that document. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations contained in Paragraph 4 of the Complaint, and therefore denies the same.

5. The Note and Deed of Trust ("DOT") referenced in Paragraph 5 of the Complaint speak for themselves, and Defendant denies any allegations in Paragraph 5 inconsistent with these documents. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations contained in Paragraph 5 of the Complaint, and therefore denies the same.

6. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 6 of the Complaint, and therefore denies the same.

7. Defendant admits that Bill Cusick was at one time its employee, and that he was employed as a settlement closing agent at 5151 E. Broadway, Suite 5050, Tucson, Arizona 85711. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of rest of the allegations contained in Paragraph 7 of the Complaint, and therefore denies the same.

8. The Warranty Deed referenced in Paragraph 8 of the Complaint speaks itself, and Defendant denies any allegations in Paragraph 8 inconsistent with this document. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations contained in Paragraph 8 of the Complaint, and therefore denies the same.

9. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 9 of the Complaint, and therefore denies the same.

10. Defendant is without knowledge or information sufficient to form a belief as to the

truth or falsity of the allegations contained in Paragraph 10 of the Complaint, and therefore denies the same.

## FIRST CAUSE OF ACTION FOR BREACH OF CONTRACT

11. Defendant incorporates by this reference the admissions, denials, and allegations set forth in its Answers to Paragraphs 1-10 of Plaintiff's Complaint.

12. The Closing Instructions document referenced in paragraph 12 of the Complaint speaks for itself, and Defendant denies any allegations in Paragraph 12 inconsistent with this document.

13. Deny.

14. Deny.

15. Deny.

16. Defendant denies that M&I has been damaged by any action taken by Defendant. Defendant admits it has not paid M&I pursuant to any demands on M&I's behalf.

## AFFIRMATIVE DEFENSES

Defendant specifically asserts each of the affirmative defenses set forth in the Federal Rules of Civil Procedure, 8(c) and 12, in addition to those affirmative defenses specifically set forth below. No defenses are waived.

1. Defendant asserts that Plaintiff has failed to state a claim against Defendant for which relief can be granted.

2. Defendant asserts that Plaintiff has failed to mitigate its damages.

3. Defendant asserts that Plaintiff's claims are barred by virtue of the absence of damages.

4. Defendant asserts that Plaintiff's claims are barred by estoppel, waiver and laches.

5. Defendant asserts that Plaintiff's claims are barred or reduced by the fault of third parties.

6. Defendant asserts that Plaintiff's claims are barred by the fraudulent malfeasance

of third parties.

7. Defendant asserts any other avoidance or affirmative defense to the extent supported by evidence developed through discovery or trial.

WHEREFORE, Defendant Fidelity National Title Agency, Inc. requests that judgment be entered as follows:

a. Dismissing Plaintiff's Complaint with prejudice;

b. Awarding Defendant Fidelity National Title Agency, Inc. its reasonable attorneys' fees and costs;

c. For such other and further relief as this Court deems just.

RESPECTFULLY SUBMITTED this 13th day of October 2010.

<u>Brian Palmer, #023394</u>
Brian J. Palmer
**FIDELITY NATIONAL LAW GROUP**
2355 East Camelback Road, Suite 900
Phoenix, Arizona  85016
*Attorneys for Fidelity National Title Agency, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October, 2010, I electronically transmitted the foregoing instrument to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

weber@folksoconnor.com

folks@folksoconnor.com

rdollar@smithdollar.com

rarlas@smithdollar.com

By: /s/Jean M. Russell

P:\Cases\L49725\Pleadings/Answer_2010 10 11